

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

MEI Camp Springs, LLC,

Vs. No. 11-19-00048-CV

Clear Fork, Inc. and Gunn
Oil Company,

* From the 32nd District Court
  of Fisher County,
  Trial Court No. DC2018-0026

* April 23, 2021

* Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Wright, S.C.J.,
  sitting by assignment)
  (Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against MEI Camp Springs, LLC.